30 A.3d 1100

Reginald **BLASSINGALE**, Petitioner

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE**, Respondent.

Supreme Court of Pennsylvania.

Oct. 13, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 13th day of October, 2011, the Application for Appointment of Counsel and the Petition for Allowance of Appeal are hereby **DENIED.**